IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LON DELANEY, | ) |
| Petitioner, | ) No. C 08-4175 CRB (PR) |
| vs. | ) ORDER OF TRANSFER |
| MICHAEL EVANS, Warden, | ) |
| Respondent. | ) |

Petitioner seeks federal habeas review of a conviction from the Superior Court of the State of California in and for the County of Sacramento, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Petitioner is incarcerated at Salinas Valley State Prison in Soledad, County of Monterey, which lies within the venue of this district. See id. § 84(a).

Venue is proper in a habeas action in either the district of confinement or the district of conviction, see id. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

|   |   |
|---|---|
| 1 | Because the County of Sacramento lies in the Eastern District of California, the |
| 2 | court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), |
| 3 | and in the interest of justice, this petition be TRANSFERRED to the United States |
| 4 | District Court for the Eastern District of California. |
| 5 | The clerk shall transfer this matter and terminate all pending motions as moot. |
| 6 | SO ORDERED. |
| 7 | DATED:  Sept. 05, 2008 |
| 8 | CHARLES R. BREYER<br>United States District Judge |

G:\PRO-SE\CRB\HC.08\Delaney, L1.transfer.wpd

2